## 65512. JACKSON v. GERSHON.

DEEN, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, 251 Ga. 577 (308 SE2d 164) (1983), our decision in *Jackson v. Gershon,* 165 Ga. App. 492 (300 SE2d 335) (1983), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Banke and Carley, JJ., concur.*

DECIDED NOVEMBER 29, 1983.

*Carl P. Fredericks,* for appellant.

*George W. Hart, Lawrie E. Demerest,* for appellee.